# United States Court of Appeals for the Federal Circuit

---

August 31, 2015

**ERRATUM**

---

Appeal No. 2014-1123

**POWER INTEGRATIONS, INC.,**
*Plaintiff-Appellant*

**v.**

**MICHELLE K. LEE, Director, U.S. Patent and Trademark Office,**
*Defendant-Appellee*

Decided: August 12, 2015
Precedential Opinion

---

Please make the following change:

On page 15, delete the costs section of the opinion, and substitute: No costs.